**NOT FOR PUBLICATION**

In the

# United States Court of Appeals

For the Eleventh Circuit

_____

No. 26-10733
Non-Argument Calendar

_____

BENJAMIN BLANCHARD,
VONN CAPEL,

*Plaintiffs-Appellants,*

*versus*

PASCO COUNTY,
   a political subdivision of the State of Florida,
PASCO COUNTY PROPERTY APPRAISER OFFICE,
   a municipal corporation, an agency of Pasco County,
PASCO COUNTY TAX COLLECTOR OFFICE,
   a municipal corporation, an agency of Pasco County,
MIKE WELLS,
   individual capacity,
PASCO COUNTY PROPERTY APPRAISER, et al.,

*Defendants-Appellees.*

2                     Opinion of the Court                    26-10733

—————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:24-cv-00352-WFJ-CPT

—————————————

Before ROSENBAUM, LAGOA, and ABUDU, Circuit Judges.

PER CURIAM:

Benjamin Blanchard and Vonn Capel, pro se, appeal a magistrate judge's report and recommendation ("R&R") and the district court's orders adopting the R&R and granting the appellees' post-judgment motions for sanctions and entitlement to attorney's fees. The appellees move to dismiss the appeal for lack of jurisdiction.

The appealed orders are not final because they did not determine the sanctions or fee amounts. *See Sabal Trail Transmission, LLC v. 3.921 Acres of Land in Lake Cnty. Fla.*, 947 F.3d 1362, 1370 (11th Cir. 2020) (holding that an order that determines an entitlement to fees but does not set its amount is not final). And the only orders before us in this appeal are the sanctions and fee orders, so there is not an appealable ruling that could implicate pendent jurisdiction. *Cf. Andrews v. Employees' Retirement Plan of First Alabama Bancshares, Inc.*, 938 F.2d 1245, 1247-48 & n.6 (11th Cir. 1991) (reviewing, pursuant to pendent appellate jurisdiction, a non-final order awarding attorney's fees when there was a separate, reviewable order on appeal).

Accordingly, the appellees' motion to dismiss is GRANTED, and this appeal is DISMISSED for lack of jurisdiction.